# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/30/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 2:57:21 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:    2015-09664    COURT:   11TH    TENTATIVE DUE DATE:    1/19/2016

APPEAL TYPE    REGULAR (MTN FOR NEW TRIAL FILED)    CASE STATUS:    DISPOSED (FINAL)

APPELLANT:    BRIAR CAPITAL LP

APPELLEE:    CARTO PROPERTIES, LLC, JEN MARIE RAU, INDIVIDUALLY, KEY MAPS, INC. AND THE JEN MARIE RAU LIFE INSURANCE TRUST

EVENT FILE DATE    12/15/2015    NUMBER OF DAYS: 120

EVENT CODES;    CR

FILED BY:    **GEORGE R GIBSON**    TBN:    **793802**

DATE ORDER SIGNED    9/21/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    67139186    VOLUME:    PAGE:

MOTION FOR NEW TRIAL FILING DATE:    : October 21, 2015

NOTES:    Cross-Appeal Filed.

**CHRIS DANIEL**
**Harris County, District Clerk**

By:   **/s/ DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL
CR    CROSS-APPEAL

CAUSE NO. 2015-09664

| | | |
|---|---|---|
| CARTO PROPERTIES, LLC, | § | IN THE DISTRICT COURT OF |
| JEN MARIE RAU, INDIVIDUALLY, | § | |
| KEY MAPS, INC. and THE JEN | § | |
| MARIE RAU LIFE INSURANCE TRUST | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| BRIAR CAPITAL, LP, | § | |
| ELBAR INVESTMENTS, INC. and | § | |
| CHARLES N. GOLDBERG, TRUSTEE | § | 11TH JUDICIAL DISTRICT |

## BRIAR CAPITAL, LP'S CROSS-NOTICE OF APPEAL

Briar Capital, LP files this cross-notice of its intention to appeal a portion of the Order Granting Briar Capital LP's Motion for Final Summary Judgment entered on September 21, 2015 in Cause No. 2015-09664; *Carto Properties, LLC, Jen Marie Rau, Individually, Key Maps, Inc., and The Jen Marie Rau Life Insurance Trust vs. Briar Capital, LP, Elbar Investments, Inc., and Charles N. Goldberg, Trustee*; in the District Court of Harris County, Texas, 11th Judicial District (the "Final Judgment").

1. Briar Capital, LP hereby notifies the Court of its intent to appeal only the denial of its request for recovery of its attorney's fees in the Final Judgment.

2. Carto Properties, LLC, Jen Marie Rau, Individually, Key Maps, Inc., and The Jen Marie Rau Life Insurance Trust ("Appellants") filed their notice of appeal on December 15, 2015. The deadline for Briar Capital, LP to file this cross-notice of appeal is December 29, 2015. *See* Tex. R. App. P. 26.1(d).

3. This limited cross-appeal is taken to the Court of Appeals for the First Court of Appeals District of Texas or the Court of Appeals for the Fourteenth Court of Appeals District of Texas.

4.      Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, a copy of this cross-notice of appeal is filed with the Clerk of Court for the District Court of Harris County, Texas, 11th Judicial District and will be served on all parties.

5.      As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases Between the First and Fourteenth Courts of Appeals, Briar Capital, LP states that Appellants filed their Notice of Appeal and such appeal has not yet been assigned to a Court of Appeals and therefore does not have an appellate court case number, to our knowledge.

Respectfully submitted,

NATHAN SOMMERS JACOBS
A Professional Corporation


By:  /s/ George R. Gibson
        George R. Gibson
        Texas Bar No. 00793802
        A. Elizabeth Larson
        Texas Bar No. 24076950
        2800 Post Oak Boulevard, 61st Floor
        Houston, Texas 77056
        713.960.0303 - telephone
        713.892.4800 – fax
        ggibson@nathansommers.com
        llarson@nathansommers.com

**MICHAEL JAY KUPER**
A Professional Corporation


By:   */s/ Michael Jay Kuper*
        Michael Jay Kuper
        Texas Bar No. 11765000
        2901 Via Fortuna Drive, Suite 500
        Austin, Texas 78746
        512.874.3895
        713.892.4800 - Fax
        mkuper@kuperlawfirm.com

        ATTORNEYS FOR BRIAR CAPITAL, LP


**CERTIFICATE OF SERVICE**

I certify that a copy of Briar Capital, LP's Cross-Notice of Appeal was served as shown below on December 29, 2015.

| | |
|---|---|
| Mr. Albert J. Holly | By E-mail (albert.holly@att.net) |
| Ms. Kira McKeown | and E-mail (kira@hmcounsel.com) |
| Holly & McKeown | |
| 7919 Friars Court Lane | |
| Spring, Texas 77379 | |
| | |
| Peter Kelly | By E-Mail (pkelly@texasappeals.com) |
| Kelly, Durham & Pittard, L.L.P. | |
| 1005 Heights Boulevard | |
| Houston, Texas 77008 | |


        */s/ George R. Gibson*
        George R. Gibson

CAUSE NO. 2015-09664

CARTO PROPERTIES, LLC, § IN THE DISTRICT COURT OF
JEN MARIE RAU, INDIVIDUALLY, §
KEY MAPS, INC. and THE JEN §
MARIE RAU LIFE INSURANCE TRUST §
§
v. §
§ HARRIS COUNTY, TEXAS
§
BRIAR CAPITAL, LP, §
ELBAR INVESTMENTS, INC. and §
CHARLES N. GOLDBERG, TRUSTEE § 11TH JUDICIAL DISTRICT

FILED
Chris Daniel
District Clerk

SEP 2 1 2015

Time:_____

Harris County, Texas

Deputy

## ORDER GRANTING BRIAR CAPITAL LP'S MOTION FOR FINAL SUMMARY JUDGMENT

The Court has considered Briar Capital LP's Traditional Motion for Final Summary Judgment, the pleadings, Plaintiffs' responses, and the arguments of counsel and finds that it should be granted. It is therefore

ORDERED that summary judgment is granted in favor of Briar Capital, L.P. and all claims and causes of action are dismissed as a matter of law, and Briar Capital LP is awarded its costs against all plaintiffs herein, jointly and severally. It is further

ORDERED that Briar Capital LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Key Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's reasonable and necessary attorney's fees in the sum of $61,121.50. It is further

ORDERED that Briar Capital LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Keu Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's costs of court of $317.53. It is further

ORDERED that in the event an appeal is filed with the Court of Appeals, Briar Capital

LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Keu Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's' additional attorney fees of $30,000. If a petition for review is filed in the Texas Supreme Court, Briar Capital LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Keu Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's additional attorney fees of $20,000. If the petition for review is granted, Briar Capital LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Keu Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's additional attorney fees of $17,500. It is further

ORDERED that this is a final and appealable judgment. All relief not expressly granted herein is denied. Taxable Court Cost against plaintiff,

Signed this the _____ day of SEP 16 2015 TT _____, 2015.

SEP 21 2015

_____
JUDGE PRESIDING    SEP 21 2015

2

CASE NUM: 201509664__ PJN> __  TRANS NUM: _____  CURRENT COURT: 11  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: DISPOSED (FINAL)
STYLE: CARTO PROPERTIES (LLC)              VS BRIAR CAPITAL LP
================================================================================
                        **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
   NUM    NUMBER                                          STAT
_    00007-0003 XDF 24043834 THE JEN MARIE RAU LIFE INSURAN    MCKEOWN, KIRA
_    00003-0003 XDF          RAU, JEN MARIE (INDIVIDUALLY)
_    00002-0003 XPL 00793802 BRIAR CAPITAL LP                  GIBSON, GEORG
_    00001-0003 XDF          CARTO PROPERTIES (LLC)
_    00006-0002 XDF          GOLDBERG, CHARLES N (TRUSTEE)   D
_    00004-0003 XPL 00791356 ELBAR INVESTMENTS (INC)         D  STOW, MARY EL
_    00002-0002 XDF          BRIAR CAPITAL LP                D
_    00007-0002 XDF 24043834 THE JEN MARIE RAU LIFE INSURAN  D MCKEOWN, KIRA
_

==> (22) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201509664__ PJN> __  TRANS NUM: _____  CURRENT COURT: 11  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: DISPOSED (FINAL)
STYLE: CARTO PROPERTIES (LLC)              VS BRIAR CAPITAL LP
================================================================================
                        **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
   NUM    NUMBER                                          STAT
_    00005-0002 XDF 24043834 KEY MAPS (INC)                 D  MCKEOWN, KIRA
_    00004-0002 XPL 00791356 ELBAR INVESTMENTS (INC)        D  STOW, MARY EL
_    00003-0002 XDF 24043834 RAU, JEN MARIE (INDIVIDUALLY)  D  MCKEOWN, KIRA
_    00001-0002 XDF 24043834 CARTO PROPERTIES (LLC)         D  MCKEOWN, KIRA
_    00010-0001 AGT          GOLDBERG, CHARLES N (TRUSTEE)
_    00009-0001 AGT          ELBAR INVESTMENTS INC (A TEXAS
_    00008-0001 AGT          BRIAR CAPITAL L P (A TEXAS LIM
_    00007-0001 PLT 24043834 THE JEN MARIE RAU LIFE INSURAN    MCKEOWN, KIRA
_

==> (22) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201509664__ PJN> __  TRANS NUM: _____  CURRENT COURT: 11  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: DISPOSED (FINAL)
STYLE: CARTO PROPERTIES (LLC)              VS BRIAR CAPITAL LP
================================================================================
                        **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
   NUM    NUMBER                                          STAT
_    00006-0001 DEF 15291800 GOLDBERG, CHARLES N (TRUSTEE)  D  OPPEL, JEFFRE
_    00005-0001 PLT 24043834 KEY MAPS (INC)                    MCKEOWN, KIRA
_    00004-0001 DEF 00791356 ELBAR INVESTMENTS (INC)        D  STOW, MARY EL
_    00003-0001 PLT 24043834 RAU, JEN MARIE (INDIVIDUALLY)     MCKEOWN, KIRA
_    00002-0001 DEF 00793802 BRIAR CAPITAL LP                  GIBSON, GEORG
_    00001-0001 PLT 24043834 CARTO PROPERTIES (LLC)            MCKEOWN, KIRA
_


==> (22) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP